Presiding: Judge Sharon Johnson Coleman
Magistrate Judge: Maria Valdez
Filed Date: 6/23/2021
Case No: See Schedule
bg

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

2:21-CV-04360-MWF-Ex



FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RS___ DEPUTY

IN RE: CLEARVIEW AI, INC., CONSUMER
PRIVACY LITIGATION

MDL No. 2967

**Andrea Vestrand  v. Clearview AI, Inc.  et al**

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −2)**

On December 15, 2020, the Panel transferred 6 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2020). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Sharon Johnson Coleman.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Coleman.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 15, 2020, and, with the consent of that court, assigned to the Honorable Sharon Johnson Coleman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 21, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ BROOK GUDAUSKY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 23, 2021

IN RE: CLEARVIEW AI, INC., CONSUMER
PRIVACY LITIGATION                                                                 MDL No. 2967

### SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|---|
| | CALIFORNIA CENTRAL | | | |
| 1:21-cv-03372 | CAC | 2 | 21−04360 | Andrea Vestrand v. Clearview AI, Inc. et al |
| | NEW YORK EASTERN | | | |
| 1:21-cv-03373 | NYE | 1 | 21−02960 | Hurvitz v. Clearview AI, Inc. et al |